JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE ANDREW ARREDONDO, | ) Case No. CV 17-0998-FMO (JPR) |
| Petitioner, | ) **J U D G M E N T** |
| v. | ) |
| W.L. MONTGOMERY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>March 20, 2020</u>           <u>         /s/         </u>
                                       FERNANDO M. OLGUIN
                                       U.S. DISTRICT JUDGE